**Order entered March 15, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00778-CR

**BRADLEY ALLEN KELLER, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 5**
**Dallas County, Texas**
**Trial Court Cause No. F16-53364-L**

## ORDER

The reporter's record was due on October 26, 2018. After we sent a postcard dated October 30, 2018 stating the record was overdue, official court reporter Victoria Franklin informed the Court that court reporter Debi Harris had reported the hearings and that Ms. Franklin had notified Ms. Harris by email that the record was past due. On December 20, 2018, we ordered Ms. Harris to file the complete reporter's record in this appeal by January 3, 2019 and cautioned her that the failure to do so would result in the Court taking whatever remedies it has available to ensure that the appeal proceeds in a timely fashion, including ordering that she not sit until the complete reporter's record is filed. To date, however, we have not received the reporter's record or had any communication from Ms. Harris.

We **ORDER** that court reporter Debi Harris **NOT SIT** as a court reporter until she has filed the complete reporter's record in this appeal.

We **DIRECT** the Clerk to send copies of this order to the Honorable Carter Thompson, Presiding Judge, Criminal District Court No. 5; Debi Harris, court reporter; Victoria Franklin, official court reporter, Criminal District Court No. 5; to the Dallas County Auditor's Office; and to counsel for all parties.


/s/     LANA MYERS
         JUSTICE